EMMA FELDMAN, as Administratrix of the Estate of PAULINE CROSSMAN, Deceased, Respondent, v. THE THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Feldman* v. *N. Y. C. & H. R. R. R. Co.*, 142 App. Div. 339, affirmed.
(Argued March 26, 1912; decided April 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the willful and wanton negligence of defendant.

*Charles T. Titus* for appellant.

*George W. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.